THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| INLAND NORTHWEST RENAL CARE GROUP, LLC, d/b/a NORTHPOINTE DIALYSIS,<br><br>    Plaintiff,<br><br>    v.<br><br>WEBTPA EMPLOYER SERVICES, LLC and FIRST CHOICE HEALTH NETWORK, INC.,<br><br>    Defendants. | CASE NO. C19-1758-JCC<br><br>ORDER |

This matter comes before the Court on the report and recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge (Dkt. No. 44). Defendant WebTPA Employer Services, LLC did not file objections to the report and recommendation. Having thoroughly considered the report and recommendation and the relevant record, the Court finds oral argument unnecessary and hereby ORDERS that:

    1.    The report and recommendation (Dkt. No. 44) is ADOPTED;

    2.    Defendant WebTPA Employer Services, LLC's motion to dismiss the amended complaint (Dkt. No. 25) is DENIED;

    3.    Plaintiff's motion to strike (Dkt. No. 38) is GRANTED; and

1     4.     The Clerk is DIRECTED to send copies of this order to all counsel and to Judge
Theiler.

DATED this 14th day of April 2020.

John C. Coughenour
UNITED STATES DISTRICT JUDGE