THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| INLAND NORTHWEST RENAL CARE GROUP, LLC d/b/a NORTHPOINTE DIALYSIS,<br><br>Plaintiff,<br><br>v.<br><br>WEBTPA EMPLOYER SERVICES, LLC and FIRST CHOICE HEALTH NETWORK, INC.<br><br>Defendants. | No. C19-1758-JCC-SKV<br><br>**JOINT MOTION TO LIFT STAY AND ENTER NEW CASE SCHEDULING ORDER AND PROPOSED ORDER**<br><br>**NOTE ON MOTION CALENDAR: MARCH 11, 2022** |

The Parties to the above-captioned action, Plaintiff Inland Northwest Renal Care Group, LLC d/b/a Northpointe Dialysis ("Northwest"), Defendant WebTPA Employer Services, LLC ("WebTPA"), and Defendant First Choice Health Network, Inc. ("First Choice") (collectively, the "Parties") regret to inform the Court that their efforts to resolve the case through mediation have proven unsuccessful, and hereby jointly move: (1) to lift the stay the Court entered in this action on February 4, 2022, and (2) for the Court to issue a new Case Scheduling Order. The Parties request that the Court set the trial date for April 24, 2023 and continue the remaining case deadlines by a period of six months. The Parties believe and agree that six months is sufficient time to complete their preparation of the case for trial and that the requested extension

JOINT MOTION TO LIFT STAY AND ENTER NEW CASE
SCHEDULING ORDER AND PROPOSED ORDER - 1
No. C19-1758-JCC-SKV

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

124492.0032/8916859.1

is necessary, in the best interests of the Parties, and supported by good cause. In support of this Joint Motion, the Parties state as follows:

1. This lawsuit arises from a dispute between the Parties with regard to the rates that Defendant WebTPA paid for the dialysis and related services that Plaintiff Northwest provided to a specific patient under the PPO network operated by Defendant First Choice.

2. Plaintiff Northwest filed this action on October 30, 2019. On December 6, 2019, Defendant WebTPA moved to dismiss all claims against it. After extensive briefing, Judge Theiler issued a Report and Recommendation on March 26, 2020 recommending that WebTPA's motion be denied. Dkt. No. 44. The Court adopted Judge Theiler's Report and Recommendation on April 14, 2020. Dkt. No. 45.

3. Following the denial of WebTPA's motion to dismiss, the Parties began paper discovery in earnest, and those efforts continued until early 2021 when the Parties agreed to schedule a mediation for May 26, 2021. The Parties agreed to informally stay discovery pending the mediation in order to focus their efforts on preparing for the mediation. Unfortunately, the mediation was unsuccessful.

4. Immediately following the mediation, the Parties continued their diligent efforts to complete discovery. In late 2021, the Parties agreed to a framework to conduct further mediations in February 2022 in order to hopefully resolve the case without the need for further litigation.

5. In order to focus their efforts on settling this dispute, the Parties moved to stay this case and all related deadlines on February 2, 2022. Dkt. No. 67. On February 4, 2022, the Court granted that motion and entered an Order staying the case for a period of 90 days in order to permit the Parties to engage in settlement discussions. Dkt. No. 68.

6. Despite the Parties' good faith efforts, they have been unable to reach a mutually agreeable settlement. Therefore, the Parties now seek to lift the stay entered by the Court on February 4, 2022 and to complete preparation of the case for trial.

JOINT MOTION TO LIFT STAY AND ENTER NEW CASE SCHEDULING ORDER AND PROPOSED ORDER - 2
No. C19-1758-JCC-SKV

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

124492.0032/8916859.1

7. At present, all Parties have answered written discovery and produced documents and are resuming work to complete their remaining productions and resolve outstanding discovery disputes. Counsel for Northwest and WebTPA have held meet and confer conferences on June 1, 2021, June 28, 2021, July 6, 2021, and August 17, 2021 in a good faith effort to narrow their discovery disputes and move this case toward the most efficient resolution. However, as a result of their efforts over the past several months that they earnestly hoped would result in a settlement, the Parties agree that they are not currently in a position to meet the deadlines set forth in the current Case Scheduling Order.

8. The parties have conferred and stipulate and agree that a period of an additional six months is sufficient time to permit the parties to complete document and deposition discovery, seek resolution of any discovery disputes, and properly prepare their respective cases for trial. Due to a conflict for Northwest's counsel with another trial, the Parties request the Court set a new trial date for April 24, 2023. For the Court's convenience, the Parties have included a table below that sets forth: (1) the case deadlines that they seek to continue, (2) the current date of each deadline, and (3) the recommended new date for each deadline:

| Event | Current Date | New Date |
|---|---|---|
| JURY TRIAL set for 9:30 a.m. on | 8/22/2022 | 4/24/2023 |
| Length of trial | 5 days ||
| Disclosure of expert testimony under FRCP 26(a)(2) | 1/24/2022 | 7/25/2022 |
| Disclosure of rebuttal expert testimony under FRCP 26(a)(2) | 2/14/2022 | 8/15/2022 |
| All motions related to discovery must be filed by this date and noted for consideration no later than the third Friday thereafter | 2/23/2022 | 8/23/2022 |
| Discovery to be completed by | 3/25/2022 | 9/26/2022 |
| All dispositive motions must be filed by this date and noted for consideration no later than the fourth Friday thereafter | 4/25/2022 | 10/25/2022 |
| Settlement Conference per LCR 39.1(c)(2) held no later than | 5/24/2022 | 11/22/2022 |
| Mediation per LCR 39.1(c) held no later than | 6/23/2022 | 12/22/2022 |

JOINT MOTION TO LIFT STAY AND ENTER NEW CASE SCHEDULING ORDER AND PROPOSED ORDER - 3
No. C19-1758-JCC-SKV

124492.0032/8916859.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

| | | |
|---|---|---|
| All motions in limine must be filed by this date and noted for consideration no earlier than the third Friday after filing but no later than the Friday before the pretrial conference | 7/25/2022 | 3/24/2023 |
| Agreed LCR 16.1 Pretrial Order Due | 8/10/2022 | 4/10/2023 |
| Trial briefs, proposed voir dire questions, proposed jury instructions, deposition designations, and exhibits due by this date; Counsel are to confer and indicate with their submissions which exhibits are agreed to | 8/15/2022 | 4/17/2023 |
| Pretrial Conference | To be set as needed | |

9. An extension will allow the Parties to complete the discovery necessary to properly prepare this case for trial.

10. This is the parties' fourth request to extend the trial date in this action.

11. A Proposed Order is submitted herewith.

WHEREFORE, the Parties respectfully request that the Court: (1) lift the stay entered in this action on February 4, 2022; (2) set a new trial date for April 24, 2023; and (3) issue a new Case Scheduling Order, consistent with the dates in the table set forth above, that continues the case deadlines by a period of six months.

JOINT MOTION TO LIFT STAY AND ENTER NEW CASE SCHEDULING ORDER AND PROPOSED ORDER - 4
No. C19-1758-JCC-SKV

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA  98111-9402
206.223.7000  FAX: 206.223.7107

124492.0032/8916859.1

Respectfully submitted by the Parties on this 11th day of March, 2022:

*/s/ Carin Marney*  
Carin Marney, WSBA No. 25132  
LANE POWELL PC  
1420 Fifth Ave., Ste. 4200  
P.O. Box 91302  
Seattle, WA 98111-9402  
Tel.: 206-223-7000  
marneyc@lanepowell.com  
*Attorney for Plaintiff Northwest*

*/s/ Robert Zaffrann*  
Robert Zaffrann, *Pro Hac Vice*  
Adam Santeusanio, *Pro Hac Vice*  
DUANE MORRIS LLP  
100 High Street, Suite 2400  
Boston, MA 02110  
Tel.: 857-488-4200  
rzaffrann@duanemorris.com  
amsanteusanio@duanemorris.com  
*Attorney for Plaintiff Northwest*

*/s/ Wendy Lyon*  
Wendy Lyon, WSBA No. 34461  
FOX ROTHSCHILD LLP  
1001 Fourth Ave., Suite 4500  
Seattle, WA 98154-1065  
Tel.: 206-389-1667  
wlyon@foxrothschild.com  
*Attorney for Defendant First Choice*

*/s/ Andrew Holly*  
Benjamin Greenberg, WSBA No. 44120  
Andrew Holly, *Pro Hac Vice*  
DORSEY & WHITNEY LLP  
701 Fifth Ave., Suite 6100  
Seattle, WA 98104-7043  
Tel.: 206-903-5442  
greenberg.ben@dorsey.com  
holly.andrew@dorsey.com  
*Attorney for Defendant WebTPA*

JOINT MOTION TO LIFT STAY AND ENTER NEW CASE SCHEDULING ORDER AND PROPOSED ORDER - 5  
No. C19-1758-JCC-SKV

124492.0032/8916859.1

**LANE POWELL** PC  
1420 FIFTH AVENUE, SUITE 4200  
P.O. BOX 91302  
SEATTLE, WA  98111-9402  
206.223.7000  FAX: 206.223.7107

## [Proposed] Order

The Parties' Joint Motion to Lift Stay and Enter New Case Scheduling Order is hereby GRANTED and IT IS HEREBY ORDERED that:

1. The stay entered in this action on February 4, 2022 is hereby lifted;

2. The trial date in this action, which is currently set for August 22, 2022, shall be reset to April 24, 2023; and

**3.** The Clerk shall issue a new Case Scheduling Order that continues the trial date to April 24, 2023, and all other remaining case deadlines for a period of six months, consistent with the table set forth in the foregoing Joint Motion.

**SO ORDERED this 14th day of March, 2022.**

*S. Kate Vaughan* (signature)

S. KATE VAUGHAN
United States Magistrate Judge

JOINT MOTION TO LIFT STAY AND ENTER NEW CASE
SCHEDULING ORDER AND PROPOSED ORDER - 6
No. C19-1758-JCC-SKV

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

124492.0032/8916859.1