THE HONORABLE JOHN C. COUGHENOUR
THE HONORABLE S. KATE VAUGHAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| INLAND NORTHWEST RENAL CARE GROUP, LLC d/b/a NORTHPOINTE DIALYSIS,<br><br>Plaintiff,<br><br>v.<br><br>WEBTPA EMPLOYER SERVICES, LLC and FIRST CHOICE HEALTH NETWORK, INC.<br><br>Defendants. | Case No. C19-1758-JCC-SKV<br><br>**JOINT MOTION TO ADJUST CERTAIN PRE-TRIAL DEADLINES** |

The Parties to the above-captioned action, Plaintiff Inland Northwest Renal Care Group, LLC d/b/a Northpointe Dialysis ("Northwest"), Defendant WebTPA Employer Services, LLC ("WebTPA"), and Defendant First Choice Health Network, Inc. ("First Choice") (collectively, the "Parties") hereby jointly move to adjust the pre-trial deadlines related to discovery, dispositive motions, and settlement/mediation, consistent with the table set forth below. The Parties believe and agree that the deadline adjustments requested in this Joint Motion will allow sufficient time to complete their preparation of the case for trial and that the requested adjustments are necessary, in the best interests of the Parties, and supported by good cause. In support of this Joint Motion, the Parties state as follows:

JOINT MOTION TO ADJUST CERTAIN PRE-TRIAL DEADLINES - 1
No. C19-1758-JCC-SKV

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

1. This lawsuit arises from a dispute between the Parties with regard to the rates that Defendant WebTPA paid for the dialysis and related services that Plaintiff Northwest provided to a specific patient under the PPO network operated by Defendant First Choice.

2. Plaintiff Northwest filed this action on October 30, 2019. On December 6, 2019, Defendant WebTPA moved to dismiss all claims against it. After extensive briefing, Judge Theiler issued a Report and Recommendation on March 26, 2020 recommending that WebTPA's motion be denied. Dkt. No. 44. The Court adopted Judge Theiler's Report and Recommendation on April 14, 2020. Dkt. No. 45.

3. Following the denial of WebTPA's motion to dismiss, the Parties began paper discovery in earnest, and those efforts continued until early 2021 when the Parties agreed to schedule a mediation for May 26, 2021. The Parties agreed to informally stay discovery pending the mediation in order to focus their efforts on preparing for the mediation. Unfortunately, the mediation was unsuccessful.

4. Immediately following the mediation, the Parties continued their diligent efforts to complete discovery. In late 2021, the Parties agreed to a framework to conduct further mediations in February 2022 in order to hopefully resolve the case without the need for further litigation.

5. In order to focus their efforts on settling this dispute, the Parties moved to stay this case and all related deadlines on February 2, 2022. Dkt. No. 67. On February 4, 2022, the Court granted that motion and entered an Order staying the case for a period of 90 days in order to permit the Parties to engage in settlement discussions. Dkt. No. 68.

6. Despite the Parties' good faith efforts, they were unable to reach a mutually agreeable settlement. The Parties thereafter, on March 11, 2022, filed a motion to lift the stay and enter a new case scheduling order, which the Court granted on March 14, 2022. Dkt. Nos. 69-70. After the Court lifted the stay, the Parties once again resumed their diligent efforts to complete discovery.

JOINT MOTION TO ADJUST CERTAIN PRE-TRIAL DEADLINES - 2
No. C19-1758-JCC-SKV

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

7. At present, all Parties have answered written discovery and produced documents and are resuming work to complete their remaining productions and resolve outstanding discovery disputes. Counsel for Northwest and WebTPA have held numerous meet and confer conferences throughout 2021 and 2022 that have successfully narrowed their discovery disputes in an effort to move this case toward the most efficient resolution. However, the Parties agree that they are not currently in a position to meet the deadlines related to discovery, dispositive motions, and settlement/mediation set forth in the current Case Scheduling Order.

8. The parties have conferred and stipulate and agree that the discovery, dispositive motion, and settlement/mediation deadlines can be adjusted, without extending the current trial date, such that the Parties will have sufficient time to complete document and deposition discovery, seek resolution of any remaining discovery disputes, and properly prepare their respective cases for trial. The proposed new dispositive motion deadline is left sufficiently in advance of the trial date to allow resolution of any such motions. For the Court's convenience, the Parties have included a table below that sets forth: (1) the case deadlines that they seek to continue, (2) the current date of each deadline, and (3) the recommended new date for each deadline:

| Event | Current Date | New Date |
|---|---|---|
| JURY TRIAL set for 9:30 a.m. on | 4/24/2023 | Unchanged |
| Length of trial | 5 days ||
| Disclosure of expert testimony under FRCP 26(a)(2) | 7/25/2022 | 11/18/2022 |
| Disclosure of rebuttal expert testimony under FRCP 26(a)(2) | 8/15/2022 | 12/9/2022 |
| All motions related to discovery must be filed by this date and noted for consideration no later than the third Friday thereafter | 8/23/2022 | 1/13/2023 |
| Discovery to be completed by | 9/26/2022 | 1/13/2023 |
| All dispositive motions must be filed by this date and noted for consideration no later than the fourth Friday thereafter | 10/25/2022 | 11/23/2022 |
| Settlement Conference per LCR 39.1(c)(2) held no later than | 11/22/2022 | 2/3/2023 |
| Mediation per LCR 39.1(c) held no later than | 12/22/2022 | 3/3/2023 |

JOINT MOTION TO ADJUST CERTAIN PRE-TRIAL DEADLINES - 3
No. C19-1758-JCC-SKV

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

| | | |
|---|---|---|
| All motions in limine must be filed by this date and noted for consideration no earlier than the third Friday after filing but no later than the Friday before the pretrial conference | 3/24/2023 | Unchanged |
| Agreed LCR 16.1 Pretrial Order Due | 4/10/2023 | Unchanged |
| Trial briefs, proposed voir dire questions, proposed jury instructions, deposition designations, and exhibits due by this date; Counsel are to confer and indicate with their submissions which exhibits are agreed to | 4/17/2023 | Unchanged |
| Pretrial Conference | | To be set as needed |

9. The adjustments requested above will allow the Parties to complete the discovery necessary to properly prepare this case for trial.

10. A Proposed Order is submitted herewith.

WHEREFORE, the Parties respectfully request that the Court issue a new Case Scheduling Order adjusting the pre-trial deadlines relating to discovery, dispositive motions, and settlement/mediation specified in this Joint Motion, consistent with the dates in the table set forth above.

JOINT MOTION TO ADJUST CERTAIN PRE-TRIAL DEADLINES - 4
No. C19-1758-JCC-SKV

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

Respectfully submitted by the Parties on this 21st day of July, 2022:

/s/ Carin Marney                              .
Carin Marney, WSBA No. 25132
LANE POWELL PC
1420 Fifth Ave., Ste. 4200
P.O. Box 91302
Seattle, WA 98111-9402
Tel.: 206-223-7000
marneyc@lanepowell.com
*Attorney for Plaintiff Northwest*

/s/ Robert Zaffrann                           .
Robert Zaffrann, *Pro Hac Vice*
Adam Santeusanio, *Pro Hac Vice*
DUANE MORRIS LLP
100 High Street, Suite 2400
Boston, MA 02110
Tel.: 857-488-4200
rzaffrann@duanemorris.com
amsanteusanio@duanemorris.com
*Attorney for Plaintiff Northwest*

/s/ Wendy Lyon                                .
Wendy Lyon, WSBA No. 34461
FOX ROTHSCHILD LLP
1001 Fourth Ave., Suite 4500
Seatle, WA 98154-1065
Tel.: 206-389-1667
wlyon@foxrothschild.com
*Attorney for Defendant First Choice*

/s/ Andrew Holly                              .
Benjamin Greenberg, WSBA No. 44120
Andrew Holly, *Pro Hac Vice*
DORSEY & WHITNEY LLP
701 Fifth Ave., Suite 6100
Seattle, WA 98104-7043
Tel.: 206-903-5442
greenberg.ben@dorsey.com
holly.andrew@dorsey.com
*Attorney for Defendant WebTPA*

JOINT MOTION TO ADJUST CERTAIN PRE-TRIAL DEADLINES - 5
No. C19-1758-JCC-SKV

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA  98111-9402
206.223.7000  FAX: 206.223.7107

## ~~[Proposed]~~ Order

The Parties' Joint Motion to Adjust Certain Pre-Trial Deadlines is hereby GRANTED and IT IS HEREBY ORDERED that the Clerk shall issue a new Case Scheduling Order adjusting the pre-trial deadlines specified in this Joint Motion consistent with the table set forth in the foregoing Joint Motion.

**SO ORDERED this 21st day of July, 2022.**

*/s/ S. Kate Vaughan*
S. KATE VAUGHAN
United States Magistrate Judge

JOINT MOTION TO ADJUST CERTAIN PRE-TRIAL DEADLINES - 6
No. C19-1758-JCC-SKV

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA  98111-9402
206.223.7000  FAX: 206.223.7107