IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| INLAND NORTHWEST RENAL CARE GROUP, LLC d/b/a NORTHPOINTE DIALYSIS<br><br>Plaintiff,<br><br>vs.<br><br>WEBTPA EMPLOYER SERVICES, LLC, and FIRST CHOICE HEALTH NETWORK, INC.,<br><br>Defendants. | NO. C19-1758-JCC-SKV<br><br>**STIPULATED MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO FILE REPLY TO ITS RULE 19 MOTION**<br><br>**NOTE ON MOTION CALENDAR: OCTOBER 7, 2022** |

## STIPULATION

The original noting date for Defendant WebTPA Employer Services, LLC ("WebTPA") was October 7, 2022. In response to a request from Plaintiff, under Local Rule 7(l), WebTPA extended the noting date of WebTPA's Motion for Judgment on the Pleadings for Failure to Join a Required Party (Dkt. 77) ("Rule 19 motion") to October 14, 2022, making Plaintiff's responsive brief due on Monday October 9, 2022. Plaintiff has agreed to extend the deadline for WebTPA's reply brief from October 14, 2022, to October 21, 2022.

The parties therefore stipulate and agree that the deadline for filing WebTPA's reply brief in support of its Rule 19 motion shall be extended to October 21, 2022.

STIPULATED MOTION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO FILE REPLY TO ITS RULE 19 MOTION - 1
C19-1758-JCC-SKV

**DORSEY & WHITNEY LLP**
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

STIPULATED AND RESPECTFULLY SUBMITTED this 7th day of October, 2022.

DORSEY & WHITNEY LLP

*/s/ Benjamin D. Greenberg*
Benjamin D. Greenberg  (WSBA #44120)
greenberg.ben@dorsey.com
Dorsey & Whitney LLP
Columbia Center
701 Fifth Avenue, Suite 6100
Seattle, WA 98104
(206) 903-8800

Andrew Holly (*pro hac vice*)
holly.andrew@dorsey.com
Dorsey & Whitney LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498
Telephone: 612-340-8830
Facsimile: 612-677-3890

Attorneys for Defendant WebTPA Employer Services, LLC

LANE POWELL, PC

*s/ Carin A. Marney*
Carin A. Marney  (WSBA #25132)
marneyc@lanepowell.com
Lane Powell, PC
1420 Fifth Avenue, Suite 4200
P.O. Box 91302
Seattle, WA 98111-9402
(206) 223-7000

STIPULATED MOTION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO FILE REPLY TO ITS RULE 19 MOTION - 2
C19-1758-JCC-SKV

DORSEY & WHITNEY LLP
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

DUANE MORRIS LLP

*s/ Robert Zaffrann*
Robert Zaffrann *(pro hac vice)*
100 High Street, Suite 2400
Boston, MA 02110-1724
RZaffrann@duanemorris.com
Phone: (857) 488 4282

Attorneys for Plaintiff Inland Northwest Renal Care Group, LLC d/b/a Northpointe Dialysis

### [PROPOSED] ORDER

Based upon the foregoing Stipulation, and for good cause shown, IT IS HEREBY ORDERED that Defendant WebTPA Employer Services, LLC shall have until October 21, 2022, to file its reply brief in support of its Rule 19 motion (Dkt. 77).

ORDERED this 12th day of October, 2022

*S. Kate Vaughan*

S. KATE VAUGHAN
United States Magistrate Judge

STIPULATED MOTION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO FILE REPLY TO ITS RULE 19 MOTION - 3
C19-1758-JCC-SKV

DORSEY & WHITNEY LLP
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820