THE HONORABLE S. KATE VAUGHAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| INLAND NORTHWEST RENAL CARE GROUP, LLC d/b/a NORTHPOINTE DIALYSIS,<br><br>Plaintiff,<br><br>v.<br><br>WEBTPA EMPLOYER SERVICES, LLC and FIRST CHOICE HEALTH NETWORK, INC.<br><br>Defendants. | No. C19-1758-JCC-SKV<br><br>**STIPULATED MOTION REQUESTING EXTENSION OF CASE SCHEDULE AND PROPOSED ORDER**<br><br>**NOTE ON MOTION CALENDAR: NOVEMBER 16, 2022** |

The parties to the above-captioned action, Plaintiff Inland Northwest Renal Care Group, LLC d/b/a Northpointe Dialysis ("Northwest"), Defendant WebTPA Employer Services, LLC ("WebTPA"), and Defendant First Choice Health Network, Inc. ("First Choice"), hereby stipulate and jointly request, for good cause established herein, that the Court establish the briefing schedule set forth below for the summary judgment motions that the parties expect to file shortly and to briefly extend the deadline for expert disclosures and expert discovery.

This request will not affect the trial date.

As discussed in further depth below, the parties believe that this briefing schedule will allow the parties to complete additional discovery that they are currently scheduling and to accommodate the witnesses' and parties' holiday schedules. It will also give the parties sufficient time to respond to the opposing summary judgment motions.

STIPULATED MOTION REQUESTING EXTENSION OF
CASE SCHEDULE AND PROPOSED ORDER - 1
C19-1758-JCC-SKV

**DORSEY & WHITNEY LLP**
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

1. Under the current briefing scheduling, summary judgment motions must be filed on November 23, 2022, with the noting date to be set no later than December 23, 2022. Initial expert disclosures are due on November 18, 2022 and rebuttal expert disclosures are due by December 9, 2022. The current discovery cutoff is January 13, 2023.

2. The parties have been diligently working on various discovery matters. Due to the schedules of counsel, the witnesses, and the holidays, they are currently planning to hold various depositions in early December. Setting the briefing schedule requested below will allow the parties sufficient time to complete these depositions and prepare their summary judgment papers.

3. Likewise, the parties believe that it would be most efficient for expert reports and subsequent expert depositions to occur after fact discovery is complete.

5. To address these issues, the parties have agreed to stipulate to the following schedule: (1) summary judgment motions will be due on or before December 14, 2022. Opposition papers will be due on January 13, 2023. Reply papers will be due on or before January 23, 2023.

6. The parties likewise propose that initial expert disclosures be due on January 13, 2023, that any responsive expert reports be due on January 27, 2023, and any expert depositions be completed by February 10, 2023.

7. This schedule will not interfere with the trial date.

8. A Proposed Order is submitted herewith.

WHEREFORE, and for good cause shown, the parties respectfully request that the Court approve the parties' stipulated schedule for summary judgment briefing, expert disclosures, and discovery.

///

///

///

STIPULATED MOTION REQUESTING EXTENSION OF
CASE SCHEDULE AND PROPOSED ORDER - 2
C19-1758-JCC-SKV

**DORSEY & WHITNEY LLP**
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

Respectfully submitted on this 16th day of November, 2022.

DORSEY & WHITNEY LLP

By */s/ Andrew Holly*
   Benjamin D. Greenberg, WSBA No. 44120
   Greenberg.ben@dorsey.com
   Andrew Holly, *pro hac vice*
   Holly.andrew@dorsey.com
   Dorsey & Whitney LLP
   Columbia Center
   701 Fifth Avenue, Suite 6100
   Seattle, WA 98104
   Telephone: 206-903-8800
*Attorney for Defendant WebTPA Employer Services, LLC*

DUANE MORRIS LLP

By */s/ Robert Zaffrann*
   Robert Zaffrann, *pro hac vice*
   RZaffrann@duanemorris.com
   Adam Santeusanio, *pro hac vice*
   AMSanteusanio@duanemorris.com
   Duane Morris LLP
   100 High Street, Suite 2400
   Boston, MA 02110
   Tel: 857-488-4200
*Attorney for Inland Northwest Renal Care Group, LLC d/b/a Northpointe Dialysis*

LANE POWELL PC

By *s/ Carin A. Marney*
   Carin A. Marney, WSBA No. 25132
   MarneyC@LanePowell.com
   Lane Powell PC
   1420 Fifth Avenue, Suite 4200
   P.O. Box 91302
   Seattle, WA 98111-9402
   Telephone: 206.223.7000
   Facsimile: 206.223.7107
*Attorney for Inland Northwest Renal Care Group, LLC d/b/a Northpointe Dialysis*

STIPULATED MOTION REQUESTING EXTENSION OF CASE SCHEDULE AND PROPOSED ORDER - 3
C19-1758-JCC-SKV

**DORSEY & WHITNEY LLP**
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

FOX ROTHSCHILD LLP

By *s/ Wendy E. Lyon*
   Wendy E. Lyon, WSBA No. 34461
   WLyon@FoxRothschild.com
   Fox Rothschild LLP
   1001 Fourth Ave., Suite 4500
   Seattle, WA 98154
   Telephone: 206.624.3600
   Facsimile: 206.389.1708
*Attorney for First Choice Health Network, Inc.*

STIPULATED MOTION REQUESTING EXTENSION OF CASE SCHEDULE AND PROPOSED ORDER - 4
C19-1758-JCC-SKV

**DORSEY & WHITNEY LLP**
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

# ORDER

The Parties' Stipulated Motion Requesting Extension of Case Schedule and Proposed Order is hereby GRANTED, and IT IS HEREBY ORDERED that:

The parties' respective summary judgment motions will be due on or before December 14, 2022. Opposition papers will be due on or before January 13, 2023. Reply papers will be due on or before January 23, 2023.

The parties' initial expert disclosures will be due on January 13, 2023, any responsive expert reports will be due on January 27, 2023, and any expert depositions will be completed by February 10, 2023.

SO ORDERED this 17th day of November, 2022.

*[signature]*

S. KATE VAUGHAN
United States Magistrate Judge

STIPULATED MOTION REQUESTING EXTENSION OF
CASE SCHEDULE AND PROPOSED ORDER - 5
C19-1758-JCC-SKV

**DORSEY & WHITNEY LLP**
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820